IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stanford B. Weinstein,<br><br>  Plaintiff,<br><br>v.<br><br>District of Columbia Housing Authority,<br><br>  Defendant. | )<br>)<br>)  Case No. 1:10-cv-01768 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ERRATA

Attached are exhibits omitted from the previous filing of Document 35, Plaintiff Stanford B. Weinstein's Motion For a Modification of the Court's Scheduling Order.

Dated:   March 6, 2012

                                    Respectfully submitted,

                                    /s/ Judah Lifschitz
                                    Judah Lifschitz, Esq.  (DC Bar No. 963330)
                                    SHAPIRO LIFSCHITZ & SCHRAM, P.C.
                                    1742 N Street, NW
                                    Washington, DC  20036
                                    (202) 689-1900 (telephone)
                                    (202) 689-1901 (facsimile)
                                    Lifschitz@slslaw.com

                                    *Attorneys for Plaintiff Stanford Weinstein*