**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Stanford B. Weinstein,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>District of Columbia Housing Authority,  )<br>  )<br>            Defendant.  )  | Case No. 1:10-cv-01768<br>Judge Contreras |

Attached hereto as Exhibit A is a copy of the email correspondence which is referenced as Exhibit A to Defendant's "Motion for a Brief Three (3) Day Extension of Time to File An Opposition to Plaintiff's Motion for Summary Judgment *Nunc Pro Tunc*" but which was not filed.

Dated:   July 11, 2012

Respectfully submitted,

/s/ Judah Lifschitz

Judah Lifschitz, Esq.  (DC Bar No. 963330)
Laura Fraher, Esq. (DC Bar No. 979720)
SHAPIRO LIFSCHITZ & SCHRAM, P.C.
1742 N Street, NW
Washington, DC  20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)
Lifschitz@slslaw.com
Fraher@slslaw.com

*Attorneys for Plaintiff Stanford Weinstein*